**Opinion issued March 28, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00185-CV

————————————

## IN RE GOLDEN BEAR INSURANCE COMPANY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Golden Bear Insurance Company ("Golden Bear"), filed a petition for writ of mandamus challenging the trial court's January 9, 2024 order denying its "Pleas in Abatement" which sought an abatement of the underlying lawsuit in favor of a "prior filed action in federal court involv[ing] the same causes of action, subject matter, issues, and relief sought."[1] Golden Bear requested that this Court "grant [its]

---

[1] The underlying case is *34th S&S, LLC d/b/a Concrete Cowboy and Daniel Joseph Wierck, Kacy Clemens, and Conner Capel v. Golden Bear Insurance Company and*

petition for writ of mandamus, vacate [the trial court's] January 9, 2024[] [o]rder denying the Pleas in Abatement and direct [the trial court] to stay the Second Filed State Lawsuit during the pendency of the First Filed Federal Lawsuit."

Our review of the mandamus petition reflects that Golden Bear has failed to establish it is entitled to mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992). Accordingly, we deny Golden Bear's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.

---

*Claire W. Parsons*, Case No. 2023-38328, in the 11th District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins presiding.